

RECEIVED

MAR 1 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JACQUESS MORRIS | CIVIL ACTION NO. 11-cv-1974 |
| VERSUS | JUDGE STAGG |
| LONNIE NAIL, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of March, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE